UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **IN THE MATTER OF** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **JASON PULLIAM** | § |

**ORDER FOR OMNIBUS ADVISORY**

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Based on the Fifth Circuit's ruling in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the Court **ORDERS** the U.S. Attorney's Office to file an omnibus advisory as to the cases listed in Appendix A **by no later than July 15, 2026**, whether or not the Court has previously ordered service in those cases.

The Government is **DIRECTED** to file an advisory identifying:

1. Whether any Petitioner (and their cause number) has been released from detention or removed from the United States; and

2. All Petitioners (and their cause numbers) who are subject to release under *Sosnava Rodriguez* because he or she has been detained under 8 U.S.C. § 1225(b)(2)(A) without an individualized bond hearing for at least 90 days and is not held under § 1226(c) or under any other statutory provision requiring detention without bond.

The Government is **DIRECTED** to file the omnibus advisory on the docket of each case that meets the above conditions.

**It is so ORDERED.**

**SIGNED this 9th day of July 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

## Appendix A

| | Case Number/ Title |
|---|---|
| 1. | 5:26-cv-00036-JKP **Rahimi v. ICE or DHS** |
| 2. | 5:26-cv-00059-JKP **Ramos Lopez v. Castro et al** |
| 3. | 5:26-cv-00119-JKP **Alaa v. Warden, STIPC et al** |
| 4. | 5:26-cv-00165-JKP **GACHECHILADZE v. Bobby Thompson et.al** |
| 5. | 5:26-cv-00309-JKP **Ho v. Thompson et al** |
| 6. | 5:26-cv-00325-JKP **Arash v. Noem et al** |
| 7. | 5:26-cv-00419-JKP **Flores-Gomez v Vergara et al.** |
| 8. | 5:26-cv-00426-JKP **Trochez Hernandez v. Lyons et al** |
| 9. | 5:26-cv-00450-JKP **Rodriguez Acosta v. Thompson et al** |
| 10. | 5:26-cv-00480-JKP **Almanti v. Bondi et al** |
| 11. | 5:26-cv-00591-JKP **Pena Mensa v. Warden, Karnes County Immigration Processing Center** |
| 12. | 5:26-cv-00651-JKP **Barriga Reyes v. Bondi et al** |
| 13. | 5:26-cv-00667-JKP **Mendez-Lainez v. Thompson et al** |
| 14. | 5:26-cv-00699-JKP **KHALADIGI v. Thompson, Warden, Karnes County Immigration Processing Center** |
| 15. | 5:26-cv-00816-JKP **Sarabia-Dominguez v. Bondi et al** |
| 16. | 5:26-cv-00833-JKP **Sharif-Zoi v. Bondi et al** |
| 17. | 5:26-cv-00857-JKP **Portillo v. Warden, Karnes County Immigration Processing Center et al** |
| 18. | 5:26-cv-00869-JKP **Penate Morejon v. Warden, South Texas ICE Processing Center et al** |
| 19. | 5:26-cv-00891-JKP **Abdallah-Hamad v. Warden, South Texas ICE Processing Center** |
| 20. | 5:26-cv-00898-JKP **Shahsavari v. Thompson et al** |
| 21. | 5:26-cv-00912-JKP **Garcia Fernandez v. Warden, Karnes County Immigration Processing Center et al** |
| 22. | 5:26-cv-00973-JKP **Perez v. UNITED STATES OF AMERICA et al** |
| 23. | 5:26-cv-01009-JKP **Pena-Alfonso v. The Geo Group, Inc. et al** |
| 24. | 5:26-cv-01021-JKP **Castro Jarquin v. NOEM et al** |
| 25. | 5:26-cv-01026-JKP **Garay Garcia v. NOEM et al** |
| 26. | 5:26-cv-01051-JKP **M.A. v. Thompson et al** |
| 27. | 5:26-cv-01071-JKP **AKAT LIE v. VERGARA et al** |

| | | |
|---|---|---|
| 28. | 5:26-cv-01074-JKP | **GOMEZ ZAMBRANO v. VERGARA-LOPEZ et al** |
| 29. | 5:26-cv-01076-JKP | **B.B.H. v. Lucero et al** |
| 30. | 5:26-cv-01086-JKP | **Riofrio Reyes v. VERGARA-LOPEZ et al** |
| 31. | 5:26-cv-01120-JKP | **PALLAREZ PONTON v. VERGARA-LOPEZ et al** |
| 32. | 5:26-cv-01134-JKP | **Garcia Munoz v. Thompson et.al** |
| 33. | 5:26-cv-01156-JKP | **MELO MARTINEZ v. Thompson et al** |
| 34. | 5:26-cv-01158-JKP | **Farias Mijares v. VERGARA-LOPEZ et al** |
| 35. | 5:26-cv-01160-JKP | **Ramirez v. Vergara et al** |
| 36. | 5:26-cv-01171-JKP | **Abdelrahim Ibrahim v. Department of Homeland Security et al** |
| 37. | 5:26-cv-01178-JKP | **Ibrahim v. Warden, Karnes County Immigration Processing Center et al** |
| 38. | 5:26-cv-01179-JKP | **Radu v. Facility Director South Texas ICE Processing Center** |
| 39. | 5:26-cv-01190-JKP | **Khaef v. Warden, South Texas ICE Processing Center et al** |
| 40. | 5:26-cv-01226-JKP | **Salazar v Vergara et al** |
| 41. | 5:26-cv-01236-JKP | **BONILLA GARCIA v. VERGARA et al** |
| 42. | 5:26-cv-01237-JKP | **Miroyan v. Warden South Texas Detention Facility et al** |
| 43. | 5:26-cv-01267-JKP | **Gomez v. U.S. Immigration and Customs Enforcement et al** |
| 44. | 5:26-cv-01268-JKP | **SUAREZ-GERNANDEZ v. VERGARA-LOPEZ et al** |
| 45. | 5:26-cv-01272-JKP | **Ali Sarwari v. Department of Homeland Security et al** |
| 46. | 5:26-cv-01298-JKP | **Torrez Lopez v. U.S. Immigration and Customs Enforcement, Enforcement and Removal Operatios (ERO), San Antonio Field Office et al** |
| 47. | 5:26-cv-01325-JKP | **FLORES v. VERGARA-LOPEZ et al** |
| 48. | 5:26-cv-01334-JKP | **Zavala-Alejo v. Thompson** |
| 49. | 5:26-cv-01341-JKP | **Marquez v. Noem et al** |
| 50. | 5:26-cv-01357-JKP | **Vu v. NOEM et al** |
| 51. | 5:26-cv-01374-JKP | **Tzoc v. Warden, Karnes County Immigration Processing Center et al** |
| 52. | 5:26-cv-01416-JKP | **Zuaznabar-Galarraga v. Thompson et al** |
| 53. | 5:26-cv-01423-JKP | **Izamba v. Noem et al** |
| 54. | 5:26-cv-01427-JKP | **ATENCIA-BARRAZA v. Thompson et al** |
| 55. | 5:26-cv-01463-JKP | **Shiferaw v. Bondi et al** |
| 56. | 5:26-cv-01487-JKP | **JUAREZ GARCIA v. VERGARA-LOPEZ et al** |
| 57. | 5:26-cv-01507-JKP | **Baris v. Rodriguez Jr et al** |
| 58. | 5:26-cv-01529-JKP | **Villanueva v. ICE et al** |
| 59. | 5:26-cv-01533-JKP | **Dumervil v. Warden, South Texas ICE Processing Center et al** |

| | | |
|---|---|---|
| 60. | 5:26-cv-01535-JKP | **Kometa v. Bondi et al** |
| 61. | 5:26-cv-01547-JKP | **Vargas Galindo v. Bondi et al** |
| 62. | 5:26-cv-01552-JKP | **Guaman Lucero v. Vergara, et al** |
| 63. | 5:26-cv-01555-JKP | **Bui v. Thompson et al** |
| 64. | 5:26-cv-01556-JKP | **Revolorio Revolorio v. Thompson et al** |
| 65. | 5:26-cv-01570-JKP | **Martinez v. Vergara et al** |
| 66. | 5:26-cv-01593-JKP | **Boloy Mustelier v. Noem et al** |
| 67. | 5:26-cv-01602-JKP | **Corrales-Portillo v. Bondi et al** |
| 68. | 5:26-cv-01606-JKP | **ROMERO-ESCALANTE v. Bondi et al** |
| 69. | 5:26-cv-01610-JKP | **Mohamed Hussein v. Vergara et al** |
| 70. | 5:26-cv-01611-JKP | **He v. Warden, Dilley Immigration Processing Center et al** |
| 71. | 5:26-cv-01616-JKP | **Cecilia Navarro v. NOEM et al** |
| 72. | 5:26-cv-01647-JKP | **PEREZ SANCHEZ v. VERGARA-LOPEZ et al** |
| 73. | 5:26-cv-01648-JKP | **Argueta Vasquez v. ORTEGA et al** |
| 74. | 5:26-cv-01661-JKP | **Paca Crisostomo v. DHS et al** |
| 75. | 5:26-cv-01729-JKP | **Rivera Valladares v. NOEM et al** |
| 76. | 5:26-cv-01759-JKP | **Ahmadi v. Vergara et al** |
| 77. | 5:26-cv-01760-JKP | **Bogran-Andrade v. Vergara et al** |
| 78. | 5:26-cv-01770-JKP | **Muya v. Warden, South Texas ICE Processing Center et al** |
| 79. | 5:26-cv-01780-JKP | **Palencia-Franco v. Vergara et al** |
| 80. | 5:26-cv-01785-JKP | **Malave-Diaz v. Warden, et al.** |
| 81. | 5:26-cv-01789-JKP | **Saqib v. Thompson et al** |
| 82. | 5:26-cv-01790-JKP | **Cortes-Estrada v. Bondi et al** |
| 83. | 5:26-cv-01813-JKP | **Rezaei v. Bondi et al** |
| 84. | 5:26-cv-01819-JKP | **Clermont v. Vergara et al** |
| 85. | 5:26-cv-01833-JKP | **JULIEN v. BONDI et al** |
| 86. | 5:26-cv-01838-JKP | **Reule v. Bondi et al** |
| 87. | 5:26-cv-01840-JKP | **Salemi-Feyeh v. NOEM et al** |
| 88. | 5:26-cv-01844-JKP | **Khalaf v. WARDEN of SOUTH TEXAS DETENTION COMPLEX et al** |
| 89. | 5:26-cv-01892-JKP | **Sabucedo-Prida v. Vergara et al** |
| 90. | 5:26-cv-01904-JKP | **Khalegi v. Thompson et al** |
| 91. | 5:26-cv-01908-JKP | **Yogarasa v. Bondi et al** |
| 92. | 5:26-cv-01937-JKP | **Diaz-Aguilera v. VERGARA-LOPEZ et al** |

| | | |
|---|---|---|
| 93. | 5:26-cv-01984-JKP | **Thakur v. Noem** |
| 94. | 5:26-cv-01986-JKP | **Barry v. Warden, South Texas ICE Processing Center et al** |
| 95. | 5:26-cv-01988-JKP | **Huerta Rojas v. Warden, South Texas ICE Processing Center** |
| 96. | 5:26-cv-02044-JKP | **Acosta v. Bondi et al** |
| 97. | 5:26-cv-02066-JKP | **Hernandez-Castro v. Vergara, et al.** |
| 98. | 5:26-cv-02074-JKP | **Sanchez Rojas v. Warden, South Texas ICE Processing Center, Texas et al** |
| 99. | 5:26-cv-02077-JKP | **MEJIA MANZANARES v. MULLIN et al** |
| 100. | 5:26-cv-02105-JKP | **Hernandez Basa v. Immigration and Customs Enforcement et al** |
| 101. | 5:26-cv-02118-JKP | **Martinez v. Thompson et al** |
| 102. | 5:26-cv-02124-JKP | **Sall v. DHS et al** |
| 103. | 5:26-cv-02126-JKP | **Irgi v. Facility Director, South Texas ICE Processing Center** |
| 104. | 5:26-cv-02137-JKP | **Aranza Catalan v. Bondi et al** |
| 105. | 5:26-cv-02149-JKP | **CHAVAC-NIJ v. Vergara et al** |
| 106. | 5:26-cv-02154-JKP | **Hernandez Rodriguez v. Bondi et al** |
| 107. | 5:26-cv-02179-JKP | **Argueta v. Warden, South Texas ICE Processing Center et al** |
| 108. | 5:26-cv-02186-JKP | **Taboh v. Bondi, et al.** |
| 109. | 5:26-cv-02194-JKP | **Pirela-Sarmiento v. Bondi et al** |
| 110. | 5:26-cv-02237-JKP | **Buitrago Ortiz v. Thompson et al** |
| 111. | 5:26-cv-02244-JKP | **Pineda Robles v. Warden, South Texas ICE Processing Center** |
| 112. | 5:26-cv-02255-JKP | **Barahona Paz v. Warden, South Texas ICE Processing Center et al** |
| 113. | 5:26-cv-02274-JKP | **Suleiman v. Bondi et al** |
| 114. | 5:26-cv-02286-JKP | **Ramos v. U.S Department of Homeland Security et al** |
| 115. | 5:26-cv-02288-JKP | **Rivera Dominguez v. Attorney General of the United States et al** |
| 116. | 5:26-cv-02303-JKP | **Bejerano Gonzalez v. United States Attorney Western District of Texas et al** |
| 117. | 5:26-cv-02304-JKP | **Hernandez Figuera v. Warden, Karnes County Residential Center et al** |
| 118. | 5:26-cv-02306-JKP | **Lopez Cordero v. United States Attorney Western District of Texas et al** |
| 119. | 5:26-cv-02315-JKP | **Pastrana Amortegui v. Lyons, et al.** |
| 120. | 5:26-cv-02329-JKP | **SEQUEIRA-CASTELLON v. VERGARA et al** |
| 121. | 5:26-cv-02333-JKP | **PINEDA PAZ v. Blanche et al** |
| 122. | 5:26-cv-02345-JKP | **Robledo-Temaj v. Blanche, et al.** |
| 123. | 5:26-cv-02370-JKP | **BOTO MAMPUTU v. VERGARA et al** |
| 124. | 5:26-cv-02404-JKP | **Garcia-Ayala v. Department of Homeland Security et al** |
| 125. | 5:26-cv-02418-JKP | **ABADI v. Blanche et al** |

| | |
|---|---|
| 126. | 5:26-cv-02420-JKP **Chamda v. Blanche et al** |
| 127. | 5:26-cv-02426-JKP **Adeyemi v. Lyons, et al.** |
| 128. | 5:26-cv-02428-JKP **Rodriguez-Benavides v. Attorney General of the United States et al** |
| 129. | 5:26-cv-02430-JKP **Vasconcelo Viltres v. MULLIN et al** |
| 130. | 5:26-cv-02436-JKP **Singh v. Warden, Karnes County Immigration Processing Center, et al.** |
| 131. | 5:26-cv-02449-JKP **Silva v. U.S Department of Homeland Security et al** |
| 132. | 5:26-cv-02450-JKP **Quezada-Rivero v. Warden, South Texas ICE Processing Center et al** |
| 133. | 5:26-cv-02455-JKP **Marcano Valera v. United States Attorney Western District of Texas et al** |
| 134. | 5:26-cv-02458-JKP **Carrillo Mandique v. Bondi et al** |
| 135. | 5:26-cv-02475-JKP **Rojas Garcia v. Warden, South Texas ICE Processing Center et al** |
| 136. | 5:26-cv-02481-JKP **De La Paz Zambrano v. Attorney General of the United States et al** |
| 137. | 5:26-cv-02484-JKP **Nabati v. Bondi et al** |
| 138. | 5:26-cv-02489-JKP **SALEH SALEH v. VERGARA et al** |
| 139. | 5:26-cv-02494-JKP **Bonilla Celis v. ORTEGA et al** |
| 140. | 5:26-cv-02495-JKP **Beltran Juarez v. Ortega, et al.** |
| 141. | 5:26-cv-02512-JKP **Sanchez Chacon v. Segovia et al** |
| 142. | 5:26-cv-02514-JKP **Monterroso-Carillo v. Warden, Dilley Immigration Processing Center et al** |
| 143. | 5:26-cv-02522-JKP **Bardakou v. Warden, Karnes County Immigration Processing Center et al** |
| 144. | 5:26-cv-02523-JKP **Salamanca Falla v. United States Attorney Western District of Texas et al** |
| 145. | 5:26-cv-02525-JKP **Serrano Gomez v. Garland et al** |
| 146. | 5:26-cv-02536-JKP **Munoz Ramirez v. Vergara, et al.** |
| 147. | 5:26-cv-02538-JKP **MURILLO CHAVEZ v. VERGARA et al** |
| 148. | 5:26-cv-02542-JKP **Martinez Castro v. Vergara et al** |
| 149. | 5:26-cv-02549-JKP **CHAMALE-CHAVAC v. Blanche et al** |
| 150. | 5:26-cv-02566-JKP **Betanco Barrera v. Warden, South Texas ICE Processing Center et al** |
| 151. | 5:26-cv-02576-JKP **Sanchez Varon v. U.S. Department of Homeland Security et al** |
| 152. | 5:26-cv-02589-JKP **Nunez Suarez v. Attorney General of the United States et al** |
| 153. | 5:26-cv-02593-JKP **Caceres-Caceres v. Warden, Karnes County Immigration Processing Center et al** |
| 154. | 5:26-cv-02602-JKP **Aguilera Villalta v. Warden, Karnes County Immigration Processing Center et al** |
| 155. | 5:26-cv-02606-JKP **Gutierrez Dieguez v. Warden, Karnes County Immigration Processing Center et al** |
| 156. | 5:26-cv-02608-JKP **Khatri v. Lyons et al** |

| | | |
|---|---|---|
| 157. | 5:26-cv-02610-JKP | **Lozada-Herrera v. Attorney General of the United States et al** |
| 158. | 5:26-cv-02616-JKP | **Alvarado v. Attorney General of the United States et al** |
| 159. | 5:26-cv-02635-JKP | **Razi v. Thompson et al** |
| 160. | 5:26-cv-02651-JKP | **WANG v. Thompson et al** |
| 161. | 5:26-cv-02657-JKP | **Lugones Rodriguez v. Mullin et al** |
| 162. | 5:26-cv-02660-JKP | **Yanez v. Warden, Karnes County Immigration Processing Center et al** |
| 163. | 5:26-cv-02673-JKP | **Quintana Perez v. Attorney General of the United States et al** |
| 164. | 5:26-cv-02675-JKP | **Centeno Vega v. Vergara, et al.** |
| 165. | 5:26-cv-02686-JKP | **Rodriguez Martinez v. Warden, South Texas ICE Processing Center, et al.** |
| 166. | 5:26-cv-02695-JKP | **Rangel-Mata v. Mullin, et al.** |
| 167. | 5:26-cv-02700-JKP | **MARTINEZ HERNANDEZ v. South Texas Processing Center et al** |
| 168. | 5:26-cv-02708-JKP | **Raghu v. Blanche et al** |
| 169. | 5:26-cv-02726-JKP | **De Jesus-Lopez v. Attorney General of the United States et al** |
| 170. | 5:26-cv-02728-JKP | **Rojas Pantoja v. U.S. Attorney, Western District of Texas et al** |
| 171. | 5:26-cv-02744-JKP | **Ponce Marquez v. Bondi et al** |
| 172. | 5:26-cv-02745-JKP | **Cardona Franco v. Thompson et al** |
| 173. | 5:26-cv-02756-JKP | **Ponce Cabrera v. U.S. Department of Homeland Security et al** |
| 174. | 5:26-cv-02763-JKP | **Garcia Castillo v. Attorney General of the United States et al** |
| 175. | 5:26-cv-02769-JKP | **Lopez Martinez v. Attorney General of the United States et al** |
| 176. | 5:26-cv-02770-JKP | **Ramirez v. U.S Department of Homeland Security et al** |
| 177. | 5:26-cv-02779-JKP | **Herve v. Warden, South Texas Immigration Processing Center et al** |
| 178. | 5:26-cv-02782-JKP | **Kundayi v. Warden, South Texas Immigration Processing Center et al** |
| 179. | 5:26-cv-02786-JKP | **Gorgin v. Mullin, et al.** |
| 180. | 5:26-cv-02805-JKP | **Lopez Delcid v. Warden, South Texas ICE Processing Center et al** |
| 181. | 5:26-cv-02814-JKP | **Tellez-Zuniga v. Mullin et al** |
| 182. | 5:26-cv-02854-JKP | **Kabiri v. Thompson et al** |
| 183. | 5:26-cv-02856-JKP | **Guaman Lliguicota v. South Texas Immigration Processing Center et al** |
| 184. | 5:26-cv-02866-JKP | **Rivero Nunez v. Mullin, et al.** |
| 185. | 5:26-cv-02868-JKP | **Dominguez v. U.S. Department of Homeland Security et al** |
| 186. | 5:26-cv-02874-JKP | **Lira Cordonero v. Attorney General of the United States et al** |
| 187. | 5:26-cv-02876-JKP | **Bustos Bastian v. Mullin et al** |
| 188. | 5:26-cv-02880-JKP | **Perez Ramos v. Attorney General of the United States et al** |

| | |
|---|---|
| 189. | 5:26-cv-02881-JKP **Tuquerres-Penaquishpe v. Secretary, U.S. Department of Homeland Security et al** |
| 190. | 5:26-cv-02886-JKP **Juarez Berrum v. MULLIN, Secretary of U.S. Department of Homeland Security et al** |
| 191. | 5:26-cv-02895-JKP **Jimenez Padilla v. Thompson et al** |
| 192. | 5:26-cv-02896-JKP **Larrea v. Blanche et al** |
| 193. | 5:26-cv-02907-JKP **Castillo Hurtado v. Warden, South Texas ICE Processing Center et al** |
| 194. | 5:26-cv-02920-JKP **Plazola Luna v. Warden, South Texas Immigration Processing Center et al** |
| 195. | 5:26-cv-02928-JKP **Luquez Herrera v. Warden, Karnes County Immigration Processing Center et al** |
| 196. | 5:26-cv-02932-JKP **Semanuel v. Attorney General of the United States et al** |
| 197. | 5:26-cv-02951-JKP **Rodriguez Zuniga v. Lyons, et al** |
| 198. | 5:26-cv-02972-JKP **Davali v. Thompson et al** |
| 199. | 5:26-cv-02977-JKP **Ponce Zavala v. Mullins, et al** |
| 200. | 5:26-cv-02987-JKP **Sharifi v. Blanche et al** |
| 201. | 5:26-cv-02989-JKP **Mesa Mesa v. U.S. Attorney, Western District of Texas et al** |
| 202. | 5:26-cv-02993-JKP **Theis Cordova v. Attorney General of the United States et al** |
| 203. | 5:26-cv-02997-JKP **Garcia Avila v. Mullin et al** |
| 204. | 5:26-cv-02999-JKP **Alvarado v. Blanche et al** |
| 205. | 5:26-cv-03005-JKP **Erazo-Portillo v. Warden, South Texas ICE Processing Center et al** |
| 206. | 5:26-cv-03007-JKP **Ramirez Salazar v. Warden, Karnes County Immigration Processing Center et al** |
| 207. | 5:26-cv-03011-JKP **Marquez Calderon v. Secretary, U.S. Department of Homeland Security et al** |
| 208. | 5:26-cv-03037-JKP **Ac v. Warden, Karnes County Immigration Processing Center et al** |
| 209. | 5:26-cv-03041-JKP **Oli v. Thompson et al** |
| 210. | 5:26-cv-03043-JKP **Murcia Mejia v. Warden, Karnes County Immigration Processing Center et al** |
| 211. | 5:26-cv-03045-JKP **Rodriguez Escobar v. Attorney General of the United States et al** |
| 212. | 5:26-cv-03050-JKP **Jonah v. Vergara et al** |
| 213. | 5:26-cv-03054-JKP **Lopez Morales v. Warden, South Texas ICE Processing Center et al** |
| 214. | 5:26-cv-03088-JKP **Goytia-Olivares v. Mullin, et al** |
| 215. | 5:26-cv-03104-JKP **Monsivais v. Attorney General of the United States et al** |
| 216. | 5:26-cv-03107-JKP **Hernandez Martinez v. U.S. Immigration and Customs Enforcement et al** |
| 217. | 5:26-cv-03113-JKP **Sanchez Bedoya v. Dilley Immigration Processing Center et al** |

| | | |
|---|---|---|
| 218. | 5:26-cv-03124-JKP | **Briones Espinoza v. Warden South Texas ICE Processing Center et al** |
| 219. | 5:26-cv-03126-JKP | **Dehghanirostami v. Warden, South Texas ICE Processing Center et al** |
| 220. | 5:26-cv-03133-JKP | **Espiricueta Cruz v. Mullin et al** |
| 221. | 5:26-cv-03154-JKP | **Velasquez Maradiaga v. Lyons et al** |
| 222. | 5:26-cv-03157-JKP | **Alonzo Lopez v. Rodriguez E. Junior et al** |
| 223. | 5:26-cv-03162-JKP | **Barrera v. Warden, South Texas Immigration Processing Center et al** |
| 224. | 5:26-cv-03164-JKP | **Flores Velasquez v. Attorney General of the United States et al** |
| 225. | 5:26-cv-03165-JKP | **Lao Rodriguez v. Warden, Karnes County Immigration Processing Center et al** |
| 226. | 5:26-cv-03167-JKP | **Lago Jardon v. Warden, Dilley Immigration Processing Center et al** |
| 227. | 5:26-cv-03191-JKP | **De Jesus-Flores v. DILLEY IMMIGRATION PROCESSING CENTER et al** |
| 228. | 5:26-cv-03214-JKP | **Garcia Pineda v. BLANCHE et al** |
| 229. | 5:26-cv-03215-JKP | **Avila Morocho v. Warden South Texas ICE Processing Center et al** |
| 230. | 5:26-cv-03219-JKP | **Perez Ticum v. Attorney General of the United States et al** |
| 231. | 5:26-cv-03221-JKP | **Juan v. Department of Homeland Security et al** |
| 232. | 5:26-cv-03230-JKP | **Ibrahim v. Department of Homeland Security et al** |
| 233. | 5:26-cv-03235-JKP | **Pulga Acevedo vs. Warden, South Texas ICE Processing Center, et al** |
| 234. | 5:26-cv-03250-JKP | **Silva-Ramos v. Mullin et al** |
| 235. | 5:26-cv-03254-JKP | **Armijo Galindo v. United States Attorney Western District of Texas et al** |
| 236. | 5:26-cv-03261-JKP | **Ramirez Felipe v. U.S. Immigration and Customs Enforcement et al** |
| 237. | 5:26-cv-03264-JKP | **Lorenzen Turrubiates v. Jay et al** |
| 238. | 5:26-cv-03268-JKP | **Pita Prosmani v. U.S. Immigration and Customs Enforcement et al** |
| 239. | 5:26-cv-03287-JKP | **Alvarez Rivilla v. Blanche et al** |
| 240. | 5:26-cv-03298-JKP | **Camacaro Rodriguez v. Noem et al** |
| 241. | 5:26-cv-03299-JKP | **Godoy Davila v. U.S. Department of Homeland Security et al** |
| 242. | 5:26-cv-03301-JKP | **Paaz Ontireros v. U.S. Department of Homeland Security et al** |
| 243. | 5:26-cv-03302-JKP | **Rivera v. United States Attorney Western District of Texas et al** |
| 244. | 5:26-cv-03335-JKP | **Aderibigbe v. Vergara et al** |
| 245. | 5:26-cv-03344-JKP | **Arroyo Morales v. U.S. Department of Homeland Security et al** |
| 246. | 5:26-cv-03349-JKP | **LoPreto Cortez v. U.S. Department of Homeland Security et al** |
| 247. | 5:26-cv-03356-JKP | **Dakara v. Warden, South Texas ICE Processing Center et al** |
| 248. | 5:26-cv-03358-JKP | **Herce Rodriguez v. Vergara et al** |
| 249. | 5:26-cv-03363-JKP | **Castillo Doblado v. Warden, South Texas ICE Processing Center et al** |

| | |
|---|---|
| 250. | 5:26-cv-03369-JKP **Flores Benalcazar v. Warden, South Texas ICE Processing Center et al** |
| 251. | 5:26-cv-03370-JKP **Fuentes Morataya v. Lyons et al** |
| 252. | 5:26-cv-03374-JKP **Barcenas Irias v. Warden, South Texas ICE Processing Center et al** |
| 253. | 5:26-cv-03383-JKP **Tenadu v. Vergara et al** |
| 254. | 5:26-cv-03386-JKP **Ponce De Leon v. Vergara et al** |
| 255. | 5:26-cv-03404-JKP **Perez-Campusano v. Warden of SOUTH TEXAS ICE PROCESSING CENTER et al** |
| 256. | 5:26-cv-03412-JKP **Franco Hernandez v. Ortega et al** |
| 257. | 5:26-cv-03414-JKP **Joseph v. Vergara et al** |
| 258. | 5:26-cv-03415-JKP **Estrada Gonzalez v. Ortega et al** |
| 259. | 5:26-cv-03424-JKP **Tayliam v. U.S Department of Homeland Security et al** |
| 260. | 5:26-cv-03435-JKP **Pantoja Vazquez v. Bondi et al** |
| 261. | 5:26-cv-03436-JKP **Nguyen v. Mullin et al** |
| 262. | 5:26-cv-03456-JKP **Fria-Castillo v. Blanche et al** |
| 263. | 5:26-cv-03469-JKP **Huerta Gonzalez v. Facility Warden et al** |
| 264. | 5:26-cv-03472-JKP **Hernandez Cruz v. Vergara et al** |
| 265. | 5:26-cv-03487-JKP **QUEVEDO LARA v. Blanche et al** |
| 266. | 5:26-cv-03506-JKP **Benitez Benitez v. Vergara et al** |
| 267. | 5:26-cv-03510-JKP **Maldonado Jimenez v. United States Attorney Western District of Texas et al** |
| 268. | 5:26-cv-03516-JKP **Chinchilla-Lopez v. Thompson et al** |
| 269. | 5:26-cv-03517-JKP **Diaz Santana v. Mullin et al** |
| 270. | 5:26-cv-03520-JKP **BERNAL TORRES v. WARDEN et al** |
| 271. | 5:26-cv-03532-JKP **Torres Cabrera v. Lyons et al** |
| 272. | 5:26-cv-03534-JKP **MARTINEZ-SERRANO v. WARDEN et al** |
| 273. | 5:26-cv-03539-JKP **Valdez Damian v. BLANCHE et al** |
| 274. | 5:26-cv-03541-JKP **Vivas Sosa v. Warden, Karnes County Immigration Processing Center et al** |
| 275. | 5:26-cv-03542-JKP **Alfonso Alonso v. Director, Dilley Immigration Processing Center et al** |
| 276. | 5:26-cv-03543-JKP **BetanCourt v. Attorney General of the United States et al** |
| 277. | 5:26-cv-03554-JKP **Sarria Rincon v. Warden, South Texas Immigration Processing Center et al** |
| 278. | 5:26-cv-03563-JKP **Morales Zarate v. U.S. Immigration and Customs Enforcement et al** |
| 279. | 5:26-cv-03570-JKP **Tabk v. U.S. Department of Homeland Security et al** |
| 280. | 5:26-cv-03572-JKP **Garcia-Olivo v. Attorney General of the United States et al** |
| 281. | 5:26-cv-03583-JKP **GARCIA TZORIN v. Mullins et al** |

| | | |
|---|---|---|
| 282. | 5:26-cv-03587-JKP | **Garcia Montezuma v. Attorney General of the United States et al** |
| 283. | 5:26-cv-03594-JKP | **Chavez Martinez v. U.S. Immigration and Customs Enforcement et al** |
| 284. | 5:26-cv-03596-JKP | **Ayala Soler v. Mullin et al** |
| 285. | 5:26-cv-03601-JKP | **Cruz Jimenez v. Warden et al** |
| 286. | 5:26-cv-03617-JKP | **Rodriguez-Rodriguez v. Blanche et al** |
| 287. | 5:26-cv-03621-JKP | **Banda Trillo v. Lyons et al** |
| 288. | 5:26-cv-03627-JKP | **Valadez-Moreno v. U.S. Immigration and Customs Enforcement et al** |
| 289. | 5:26-cv-03630-JKP | **Padilla Amaya v. Thompson et al** |
| 290. | 5:26-cv-03635-JKP | **Melgar Ortega v. Mullin et al** |
| 291. | 5:26-cv-03638-JKP | **Quiroz Orellana v. Facility Warden et al** |
| 292. | 5:26-cv-03651-JKP | **Ordonez Granados v. Director, Dilley Immigration Processing Center et al** |
| 293. | 5:26-cv-03655-JKP | **Acevedo Toscano v. Warden et al** |
| 294. | 5:26-cv-03656-JKP | **Estrada Matamoros v. Blanche et al** |
| 295. | 5:26-cv-03658-JKP | **Aguilar Diaz v. Vergara et al** |
| 296. | 5:26-cv-03674-JKP | **Jovanni James v. Warden, South Texas Immigration Processing Center et al** |
| 297. | 5:26-cv-03678-JKP | **Asadullah v. Blanch et al** |
| 298. | 5:26-cv-03681-JKP | **Kalif Al Surky v. Field Office Director, U.S. Immigration and Customs Enforcement San Antonio et al** |
| 299. | 5:26-cv-03692-JKP | **Murillo-Velasquez v. Department of Homeland Security et al** |
| 300. | 5:26-cv-03701-JKP | **CANO NORIEGA v. Thompson et al** |
| 301. | 5:26-cv-03702-JKP | **Monreal v. Ortega et al** |
| 302. | 5:26-cv-03705-JKP | **Garayev v. Warden et al** |
| 303. | 5:26-cv-03715-JKP | **Delgado Zapata v. Mullin et al** |
| 304. | 5:26-cv-03727-JKP | **NERI SANDOVAL v. LYONS et al** |
| 305. | 5:26-cv-03737-JKP | **Lara-Gomez v. Attorney General of the United States et al** |
| 306. | 5:26-cv-03739-JKP | **Morales Espinosa v. U.S Department of Homeland Security et al** |
| 307. | 5:26-cv-03742-JKP | **Alvarez-Zavala v. Blanche et al** |
| 308. | 5:26-cv-03743-JKP | **Arce-Tinoco v. Mullins et al** |
| 309. | 5:26-cv-03748-JKP | **Patorrecio v. U.S. Immigration and Customs Enforcement et al** |
| 310. | 5:26-cv-03751-JKP | **Bobga V. Warden et al** |
| 311. | 5:26-cv-03752-JKP | **Guajardo Camero v. Thompson et al** |
| 312. | 5:26-cv-03758-JKP | **BAILEY v. Blanche et al** |
| 313. | 5:26-cv-03762-JKP | **Moreno Garnier v. Attorney General et al** |

| | |
|---|---|
| 314. | 5:26-cv-03763-JKP **Perez Mitence v. Attorney General of the United States et al** |
| 315. | 5:26-cv-03770-JKP **Chavez Zelaya v. U.S. Immigration and Customs Enforcement et al** |
| 316. | 5:26-cv-03779-JKP **CRUZ MORALES v. Thompson et al** |
| 317. | 5:26-cv-03780-JKP **CANO-ZARAGOZA v. BLANCHE et al** |
| 318. | 5:26-cv-03783-JKP **Varela Lechuga v. Mullin et al** |
| 319. | 5:26-cv-03789-JKP **Pijojas Morales v. U.S. Department of Homeland Security et al** |
| 320. | 5:26-cv-03800-JKP **Jabari v. Vergara et al** |
| 321. | 5:26-cv-03809-JKP **CARRETO LOPEZ v. ORTEGA et al** |
| 322. | 5:26-cv-03815-JKP **DUBON MANZANARES v. Venturella, et al** |
| 323. | 5:26-cv-03818-JKP **Alvarez Castillo v. Noem et al** |
| 324. | 5:26-cv-03821-JKP **Hernandez Lozano v. Karnes County Immigration Processing Center et al** |
| 325. | 5:26-cv-03822-JKP **Salas-Montilla v. South Texas Immigration Processing Center et al** |
| 326. | 5:26-cv-03840-JKP **Sandoval-Monroy et al v. Blanche et al** |
| 327. | 5:26-cv-03855-JKP **Cardona Pineda v. MULLIN, et al** |
| 328. | 5:26-cv-03861-JKP **Munoz Martinez v. Vergara et al** |
| 329. | 5:26-cv-03876-JKP **Arrazola Gonzalez v. Warden, Karnes County Immigration Processing Center et al** |
| 330. | 5:26-cv-03878-JKP **Romero Serrano v. U.S. Immigration and Customs Enforcement et al** |
| 331. | 5:26-cv-03885-JKP **Zuniga v. Attorney General of the United States et al** |
| 332. | 5:26-cv-03886-JKP **Gutierrez-Martinez v. Attorney General of the United States et al** |
| 333. | 5:26-cv-03888-JKP **Castillo-Pina v. Blanche et al** |
| 334. | 5:26-cv-03895-JKP **KADIWALA v. BLANCHE et al** |
| 335. | 5:26-cv-03899-JKP **Hernandez Montero v. Blanche et al** |
| 336. | 5:26-cv-03906-JKP **Consuelo-Hernandez v. BLANCHE et al** |
| 337. | 5:26-cv-03914-JKP **PALMA RAMIREZ v. ORTEGA et al** |
| 338. | 5:26-cv-03915-JKP **Flores-Juarez v. Blanche et al** |
| 339. | 5:26-cv-03917-JKP **Perez-Rodriguez v. Blanche et al** |
| 340. | 5:26-cv-03923-JKP **Garcia Rosas v. Vergara et al** |
| 341. | 5:26-cv-03924-JKP **Avila-Ramirez v. Mullin et al** |
| 342. | 5:26-cv-03933-JKP **Rodriguez Rodriguez v. Warden** |
| 343. | 5:26-cv-03935-JKP **Torres Ramirez v. Karnes County Immigration Processing Center et al** |
| 344. | 5:26-cv-03951-JKP **Guillen Garcia v. Thompson et al** |
| 345. | 5:26-cv-03956-JKP **Fuentes-Alvarenga v. Blanche, et al.** |

| | |
|---|---|
| 346. | 5:26-cv-03965-JKP **Rodriguez-Cano v. Blanche, et al.** |
| 347. | 5:26-cv-03966-JKP **Soria Zavala v. Warden, South Texas ICE Processing Center et al** |
| 348. | 5:26-cv-03973-JKP **Vasquez Peguero v. Mullin et al** |
| 349. | 5:26-cv-03978-JKP **Morales Rodriguez v. BLANCHE et al** |
| 350. | 5:26-cv-03981-JKP **Mendiola Dominguez v. Vergara et al** |
| 351. | 5:26-cv-03990-JKP **Gochez v. Director, T. Don Hutto Processing Center et al** |
| 352. | 5:26-cv-03992-JKP **Sanchez Rivas v. Director, T Don Hutto Processing Center et al** |
| 353. | 5:26-cv-03993-JKP **Hermosillo v. Director, South Texas Immigration Processing Center et al** |
| 354. | 5:26-cv-03996-JKP **Chirinos Guanipa v. Warden, South Texas Immigration Processing Center et al** |
| 355. | 5:26-cv-04001-JKP **Gutierrez-Govea v. Blanche et al** |
| 356. | 5:26-cv-04015-JKP **Calvete Luzon v. Mullin, et al.** |
| 357. | 5:26-cv-04020-JKP **Giraldo-Cardenas v. WARDEN KARNES COUNTY IMMIGRATION PROCESSING CENTER et al** |
| 358. | 5:26-cv-04022-JKP **Raymundo Vega v. Noem et al** |
| 359. | 5:26-cv-04024-JKP **Garcia Gonzalez v. Warden, South Texas ICE Processing Center et al** |
| 360. | 5:26-cv-04025-JKP **Melgar Melgar v. Warden, South Texas ICE Processing Center et al** |
| 361. | 5:26-cv-04027-JKP **Noto-Patino v. Warden, Dilley Immigration Processing Center et al** |
| 362. | 5:26-cv-04031-JKP **Castillo Bautista v. Vergara et al** |
| 363. | 5:26-cv-04043-JKP **Ruiz Molina v. Ortega et al** |
| 364. | 5:26-cv-04045-JKP **HUERTA RAMIREZ v. ORTEGA et al** |
| 365. | 5:26-cv-04051-JKP **Paz Carrasquero v. U.S. Immigration and Customs Enforcement et al** |
| 366. | 5:26-cv-04054-JKP **Briones-Salas v. Noem et al** |
| 367. | 5:26-cv-04057-JKP **Afshar v. Price et al** |
| 368. | 5:26-cv-04063-JKP **Zareiesfandabadi v. Thompson et al** |
| 369. | 5:26-cv-04066-JKP **Castro Flores v. Attorney General of the United States et al** |
| 370. | 5:26-cv-04070-JKP **Pardo v. Attorney General of the United States et al** |
| 371. | 5:26-cv-04085-JKP **Bravo Morales v. Ortega, et al.** |
| 372. | 5:26-cv-04090-JKP **Yat Prado v. Attorney General of the United States et al** |
| 373. | 5:26-cv-04091-JKP **Salguero-Chavarria v. Attorney General of the United States et al** |
| 374. | 5:26-cv-04118-JKP **Duarte Jaramillo v. Vergara et al** |
| 375. | 5:26-cv-04119-JKP **Bustamante-Guzman v. Vergara et al** |
| 376. | 5:26-cv-04122-JKP **Tineo Bravo v. T. Don Hutto Detention Center et al** |

| | |
|---|---|
| 377. | 5:26-cv-04123-JKP **Qiu v. Vergara et al** |
| 378. | 5:26-cv-04134-JKP **Ramirez-Ramirez v. Mullin et al** |
| 379. | 5:26-cv-04136-JKP **Molina Molina v. U.S. Immigration and Customs Enforcement et al** |
| 380. | 5:26-cv-04137-JKP **Armas Obando v. Mullin et al** |
| 381. | 5:26-cv-04145-JKP **Fernandez Mesa v. U.S. Immigration and Customs Enforcement et al** |
| 382. | 5:26-cv-04147-JKP **Garcia Barrios v. Warden, South Texas ICE Processing Facility et al** |
| 383. | 5:26-cv-04159-JKP **AGUILAR AVILES v. BLANCHE et al** |
| 384. | 5:26-cv-04161-JKP **Coc Cuc v. Vergara et al** |
| 385. | 5:26-cv-04164-JKP **Nolasco Castillo v. Venturella et al** |
| 386. | 5:26-cv-04166-JKP **Garcia-Guevara v. Blanche, et al.** |
| 387. | 5:26-cv-04176-JKP **Marrugo Ortega v. Blanche, et al.** |
| 388. | 5:26-cv-04177-JKP **SOLIS VILCHEZ v. BLANCHE et al** |
| 389. | 5:26-cv-04184-JKP **Ruiz-Sanchez v. Mullin et al** |
| 390. | 5:26-cv-04186-JKP **Pop Melchor v. U.S. Immigration and Customs Enforcement et al** |
| 391. | 5:26-cv-04188-JKP **Muneton Carmona v. U.S. Immigration and Customs Enforcement et al** |
| 392. | 5:26-cv-04189-JKP **Mejia Amador v. U.S. Immigration and Customs Enforcement et al** |
| 393. | 5:26-cv-04190-JKP **Htun v. Vergara et al** |
| 394. | 5:26-cv-04195-JKP **Carrizalez Lopez v. Lyons, et al.** |
| 395. | 5:26-cv-04199-JKP **Lara-Pena v. Facility Warden et al** |
| 396. | 5:26-cv-04201-JKP **Gutierrez Garcia v. Blanche et al** |
| 397. | 5:26-cv-04202-JKP **Gasca Enriquez v. Warden, Karnes County Immigration Processing Center, et al** |
| 398. | 5:26-cv-04206-JKP **Medina v. Blache et al** |
| 399. | 5:26-cv-04218-JKP **Guzman Feliciano v. Bondi et al** |
| 400. | 5:26-cv-04222-JKP **Henriquez v. Attorney General of the United States et al** |
| 401. | 5:26-cv-04226-JKP **Requena v. Mullin, et al.** |
| 402. | 5:26-cv-04228-JKP **SANJUR DIAZ v. MULLIN et al** |
| 403. | 5:26-cv-04232-JKP **Cajero Lucas v. Venturella et al** |
| 404. | 5:26-cv-04237-JKP **RAMOS-RODRIGUEZ v. BLANCHE et al** |
| 405. | 5:26-cv-04241-JKP **Contreras Banegas v. U.S. Department of Homeland Security et al** |
| 406. | 5:26-cv-04254-JKP **Fazal Khan v. Warden, Karnes County Immigration Processing Center et al** |
| 407. | 5:26-cv-04273-JKP **Hagos v. Warden et al** |
| 408. | 5:26-cv-04280-JKP **NIEVES AMUNDARAY et al v. MULLIN, et al** |